

One Barker Avenue
White Plains, New York 10601

**T**  914.821.9075

marcus@leasonellis.com

**Yuval H. Marcus**
PARTNER

November 22, 2022

<u>VIA ECF</u>

Hon. Philip M. Halpern
Federal Building and Courthouse
300 Quarropas Street, Room
530 White Plains, New York 10601

    Re: *Sterilumen, Inc. v. Aeroclean Technologies, Inc. and David Helfet, M.D.*,
       Case No. 7:22-cv-06842-PMH

Dear Judge Halpern,

    We are counsel for Defendants Aeroclean Technologies, Inc. and David Helfet, M.D. in the above-referenced action. We write to request a short adjournment of the pre-motion conference on Defendant Helfet's anticipated motion to dismiss, currently scheduled for November 28, 2022 at 12 PM. Counsel for Defendants has a conflict at this time. This is the first request for an adjournment and Plaintiff's counsel has consented to the request. During the same week, counsel for Defendants is generally available Wednesday 11/30 and Thursday 12/1 and counsel for Plaintiff has indicated that he is generally available the remainder of the week.

Very truly yours,

Yuval H. Marcus

---

Application granted. The pre-motion telephone conference scheduled for 11/28/2022 is adjourned to 12/1/2022 at 3:00 p.m.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         November 23, 2022

{05321/619951-000/03221991.1}