UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STERILUMEN, INC., *Plaintiff-Counterclaim Defendant*, v. AEROCLEAN TECHNOLOGIES, INC., *Defendant-Counterclaim Plaintiff*. | Civil Action No. 7:22-cv-06842-PMH |

**AEROCLEAN TECHNOLOGIES, INC.'S
NOTICE OF VOLUNTARY DISMISSAL OF ITS COUNTERCLAIMS
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Whereas Sterilumen, Inc. ("Sterilumen") has not filed an answer or motion for summary judgment in response to Aeroclean Technologies, Inc.'s ("Aeroclean") counterclaims against Sterilumen, as contained in Aeroclean's Answer to Second Amended Complaint and Counterclaims (ECF No. 28; the "Counterclaims"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Aeroclean, through its undersigned counsel, hereby gives notice that its Counterclaims against Sterilumen are voluntarily dismissed without prejudice.

| | |
|---|---|
| Dated: March 31, 2023 | Respectfully Submitted,<br><br>LEASON ELLIS LLP<br><br>*/s/ Cameron S. Reuber*<br>Cameron S. Reuber (CR 7001)<br>Yuval H. Marcus (YM 5348)<br>Stefanie M. Garibyan (SL 6170)<br>Tatsuya Adachi (TA 1996)<br>LEASON ELLIS LLP<br>One Barker Avenue<br>White Plains, New York 10601<br>Phone: (914) 288-0022<br>Fax: (914) 288-0023<br>Email: reuber@leasonellis.com;<br>marcus@leasonellis.com;<br>garibyan@leasonellis.com;<br>adachi@leasonellis.com;<br>lelitdocketing@leasonellis.com<br><br>*Attorneys for Aeroclean Technologies, Inc.* |